# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>   vs.<br><br>NATHANIEL GRANADOS,<br><br>               Defendant. | CASE NO. CR F 11-0264 LJO<br>New Case Number CR F 11-0264 AWI<br><br>**ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE**<br>(Doc. 9.) |

      Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to Case No. CR F 11-0258 AWI and other cases assigned to U.S. District Judge Anthony W. Ishii. The actions involve the same or similar parties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to a single district judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to a single district judge, and no consolidation of cases is effected.

      On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Anthony W. Ishii for all purposes with a new **CASE NO. CR F 11-0264 AWI**. All documents shall bear the new **CASE NO. CR F 11-0264 AWI** and the reassignment to U.S. District Judge Anthony W. Ishii.

      IT IS SO ORDERED.

**Dated:   August 26, 2011**                          /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE