```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00264 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR CONTINUANCE OF STATUS |
| v. | ) CONFERENCE |
| NATHANIEL GRANADOS, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Richard Beshwate, attorney for Nathaniel Granados, that the status conference set for November 28, 2011 be continued to January 9, 2012 at 9:00 a.m. The parties need additional time for further investigation and to further engage in plea negotiations. The case involves extensive discovery, including reports and recordings of over 40 witness/defendant interviews. Further investigation is also being pursued. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance

is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: November 23, 2011  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: November 23, 2011  /s/ Richard Beshwate
RICHARD BESHWATE
Attorney for Nathaniel Granados

IT IS SO ORDERED.

Dated:  November 23, 2011  _____
CHIEF UNITED STATES DISTRICT JUDGE