United States District Court
EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 28 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America
vs.
Nathaniel Granados

Case No. 1:11CR00264 LJO

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Nathaniel Granados___, have discussed with ___Montgomery L. Olson___, Pretrial Services Officer, modifications of my release conditions as follows:

The conditions requiring the defendant to participate in the curfew component of the Location Monitoring Program; and, to be subject to electronic monitoring or other location monitoring system are removed.. The defendant shall continue to pay his outstanding debt owed to BI Monitoring for services already provided.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 3-26-12          _____ 3-26-12
Signature of Defendant    Date       Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   3-26-12
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   3-26-12
Signature of Defense Counsel         Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on ___today___.
[ ] The above modification of conditions of release is *not* ordered.

_____                   3-28-12
Signature of Judicial Officer        Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services