**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, NATHANIEL GRANADOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATHANIEL GRANADOS, <br><br> Defendant. | CASE NO. 1:11-CR-00264 AWI <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** <br><br> DATE: April 23, 2012 <br> TIME: 10:00 am <br> JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his respective attorney, to continue the sentencing hearing from Monday, April 23, 2012 at 10:00 a.m. to **JUNE 4, 2012**, at 10:00 a.m.

This continuance is necessary so that both parties have sufficient time to continue negotiations on matters relevant to the sentencing and for both parties to have additional time to prepare for the hearing.

Assistant United States Attorney Kimberly Sanchez has no objection to this requested continuance. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

DATED: April 18, 2012

                Respectfully submitted,

                /S/ Richard A. Beshwate, Jr.
                RICHARD A. BESHWATE, JR.
                Attorney for Defendant,
                NATHANIEL GRANADOS

DATED: April 18, 2012

                Respectfully submitted,

                /S/ Kimberly Sanchez
                KIMBERLY SANCHEZ
                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 18, 2012

                CHIEF UNITED STATES DISTRICT JUDGE